BRYAN SCHRODER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email:  Richard.pomeroy@usdoj.gov

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM,<br><br>     Plaintiff,<br><br> vs.<br><br>CHRISTOPHER MANDREGAN, JR., Director, ALASKA AREA NATIVE HEALTH SERVICE, MICHAEL WEAHKEE, Acting Director, INDIAN HEALTH SERVICE; ALEX AZAR, Secretary of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No.  3:18-cv-00300-SLG<br><br>**STIPULATED RECALCULATION OF DEADLINE TO FILE ANSWER** |

Due to the recent United States government shutdown, and pursuant to the Court's Miscellaneous General Order No. 19-01, the parties to the above-captioned matter, through counsel, stipulate to recalculate the deadline for the filing of the Answer, from March 5, 2019, to April 23, 2019. Service of process on Defendant was accomplished January 4, 2019, during the shutdown.

In keeping with MGO 19-01, the recalculated deadline reflects an extension of 49 days (the length of the shutdown, from December 22, 2018 through January 25, 2019, plus fourteen days).

RESPECTFULLY SUBMITTED this 7th day of February, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
United States of America

Sonosky, Chambers, Sachse,
Miller & Monkman, LLP

s/Rebecca A. Patterson (consent)
REBECCA A. PATTERSON
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019,
a true and correct copy of the foregoing
was served electronically on the following:

Rebecca A. Patterson

s/Richard L. Pomeroy
 Office of the U.S. Attorney